UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.                                                       )<br>)<br>**RAYMOND AUSTIN**                         ) | Criminal No. 04-10233-RCL |

### GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America hereby moves this Court to direct that the indictment in the above-captioned case be unsealed. Upon the request of the United States, the Court sealed the above-specified indictment. Michael Green, Andre Page, Aquaya Stephanie Perry and Wallstein Allen, four related defendants named in a separate indictment, have either pleaded guilty or been found guilty after trial. As a result, the identity of Raymond Austin was revealed in open court and there is no longer any reason to keep the indictment sealed.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: _____
DAVID G. TOBIN
Assistant U.S. Attorney

Date: May 3, 2006